IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Heitzmann,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>County of Maricopa,<br><br>　　　　Defendant. | No. CV 11-0179-PHX-JAT<br><br>**ORDER** |

　　　　I, James A. Teilborg, District Judge, of the United States District Court for the District of Arizona, hereby **GRANT** Plaintiff's application to proceed in forma pauperis (Doc. 2), without prepayment of costs or fees or the necessity of giving security therefor.  Service by waiver or of the summons and complaint shall be at government expense on the defendant by the U.S. Marshal or his authorized representative (hereby granting Doc. 3).  Plaintiff shall complete and return all necessary documents to effect service to the Clerk's office (to forward to the Marshal) within 30 days of the date of this Order.

　　　　DATED this 15th day of February, 2011.

　　　　　　　　　　　　　　　　　　　　／s／ James A. Teilborg
　　　　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　　　　United States District Judge